UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                           :

VIRGINIA ALLEYNE et al., *individually and on behalf* :
*of all other persons similarly situated*,           :
                                                            :

                         Plaintiffs,             :          25-CV-10032 (JMF)
                                                            :

             -v-                                :                ORDER
                                                              :

CONSTELLATION CULINARY GROUP et al.,     :

                         Defendants.            :
                                                              :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- In light of Plaintiffs' representation that they intend to amend their complaint, Defendants' February 1, 2026 deadline to answer the current complaint is VACATED. *See* ECF No. 32. The Court GRANTS Plaintiffs leave to file an amended complaint by no later than **January 23, 2026**. Defendants shall file their motion to dismiss by no later than **February 13, 2026**. Plaintiffs shall file their preliminary motion for collective certification **by the same date** with oppositions to both motions due on **March 6, 2026**, and replies due on **March 13, 2026**.

- The deadline for the parties to hold a settlement conference with Magistrate Judge Aaron is hereby extended, *nunc pro tunc*, to no later than **90 days after briefing on the parties' motions is complete**. *See* ECF No. 20.

- Finally, to the extent that the parties want the Court to order disclosure of confidential agreements from the *Culley* action, they should confer and submit a letter-motion, not to exceed three pages, seeking appropriate relief with a proposed order to that effect to the Court and serve it — **and a copy of this Order** — on plaintiffs' counsel in the *Culley* action, C.K. Lee. Any opposition to such a motion, by Mr. Lee or otherwise, shall not exceed three pages and shall be filed within three business days.

       SO ORDERED.

Dated: January 15, 2026
       New York, New York                     _____
                                                  JESSE M. FURMAN
                                                United States District Judge