# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**ELIZABETH F. LORELL**
elorell@grsm.com
Direct (973) 549-2506

**FRANK GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

March 10, 2026

Application GRANTED. The in-person conference currently scheduled for March 12, 2026 at 12:00 p.m. is hereby ADJOURNED to **March 19, 2026 at 2:30 p.m.** The parties and Plaintiffs' counsel in the *Culley* action are directed to file a joint letter, the contents of which are described below, no later than **March 17, 2026**. Defense counsel shall promptly serve a copy of this endorsed letter on *Culley* counsel. The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED.

March 11, 2026

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York NY 10007

Re:   ***Alleyne et al. v. Elior North America, Inc. et al.,***
      Civil Action No. 1:25-cv-10032-JMF (S.D.N.Y.)

Dear Judge Furman:

We represent Defendants Elior, Inc. and Galaxy Restaurants Catering Group, LP d/b/a Constellation Culinary Group New York, LLC (collectively, "Defendants" or "Elior") in the above-referenced matter. We write in connection with the Court's March 10, 2026 order directing the parties and Plaintiffs' counsel in the *Culley* matter to appear for an in-person conference on March 12, 2026 at 12:00 p.m. in Courtroom 24B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY.

Both counsel for Defendants are not able to appear in person at the conference scheduled for March 12, 2026. Elizabeth Lorell, Esq. is out of town, and the undersigned has a mediation that he is handling alone and that cannot be rescheduled. Due to the aforementioned scheduling issue at Defendants' counsel request and an agreement by the Parties to attempt to remedy the issues raised by Plaintiffs' pre-motion letter, Defendants request an adjournment of the conference, with Plaintiffs' consent, until after March 19, by which date the Parties will provide a status report to the Court by March 17 on whether a conference is necessary and a proposed schedule for completing briefing on the collective certification motion.

We appreciate the Court's consideration of this request and courtesy in this regard.

*Alleyne v. Elior*
March 10, 2026
Page 2

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ FRANCIS J. GIAMBALVO*
Francis J. Giambalvo, Esq.

cc:    <u>VIA EMAIL</u>
       Elizabeth Lorell, Esq.
       John MacGowan, Esq.
       Jacob Ide, Esq.
      CK Lee, Esq.
      Anne Seelig, Esq.