# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**ELIZABETH F. LORELL**
elorell@grsm.com
Direct (973) 549-2506

**FRANK GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

*The conference currently scheduled for March 19, 2026 at 2:30 p.m. is hereby CANCELED. Plaintiffs shall file their reply in support of their motion for collective certification **no later than 14 days** from the date of this Order. The Clerk of Court is directed to terminate ECF No. 77.*

March 18, 2026

*SO ORDERED.*

*March 19, 2026*

**VIA ECF**

Hon. Jesse M. Furman, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street,
New York NY 10007

> **Re:** *Alleyne et al. v. Elior North America, Inc. et al.*, **Case No. 1:25-cv-10032-JMF (S.D.N.Y.)**

Dear Judge Furman:

Defendants Elior Inc. (d/b/a Elior North America) and Galaxy Restaurants Catering Group, LP (d/b/a Constellation Culinary Group) (collectively, "Defendants"), Plaintiffs, and Lee Litigation Group, PLLC ("LLG") (together, the "Parties") write jointly on consent to respectfully request that the Court adjourn the conference currently scheduled for March 19, 2026 at 2:30 p.m.

Since the Court entered its Discovery Order (Dkt. 57), the Parties have met and conferred on March 10 and March 17, 2026 regarding the productions contemplated by that Order. As reflected in the Parties' Joint Status Report filed March 17, 2026, Defendants have produced all responsive documents within their possession, custody, or control and provided written representations addressing each of the Order's eight directives. LLG has provided additional productions and representations addressing the remaining items. At this time, Plaintiffs do not contend that either Defendants or LLG are out of compliance with the Order. The production issues that gave rise to this conference have been resolved.

The only remaining issue between the Parties concerns Defendants' confidentiality designations on certain of the produced materials. Plaintiffs have indicated they intend to file a separate application challenging those designations. The Court may address that issue, and schedule any further conference it deems appropriate, upon receipt of any such application.

\*     \*     \*

For the foregoing reasons, the Parties respectfully request that the Court adjourn the March 19, 2026 conference. We are available at the Court's convenience.

*Hon. Jesse M. Furman, U.S.D.J.*
March 18, 2026
Page 2

.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Francis J. Giambalvo*
     Francis Giambalvo


By:   */s/ Michael A. Tompkins*___
     Michael A. Tompkins
     *Attorneys for Plaintiffs*
     **LEEDS BROWN LAW, P.C.**
     One Old Country Road, Suite 347
     Carle Place, NY 11514
     (516) 873-9550


cc:     All Counsel of Record (via ECF)
     Anne Seelig, Esq. (via email)