# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873- 9550

_____ *Attorneys at Law* _____

March 27, 2026

**_Via ECF_**
The Honorable Jesse M. Furman, U.S.D.J
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **_Alleyne et. al. v. Constellation Culinary Group et. al._**
                Case No. 1:25-cv-10032-JMF

Dear Judge Furman:

Our firm represents Plaintiffs Virginia Alleyne, Janine Herman, Ramona Caceres, Yonas Berhe, Astrid Cousins, and Samara Greco and the putative class and collective of similarly situated individuals ("Plaintiffs") in the above captioned case. We write pursuant to Your Honor's Discovery Order Re Culley Matter (Dkt. 57) and the Confidentiality Stipulation and Protective Order (Dkt. 61), as well as Your Honor's Rule 7(c). Plaintiffs seek leave to file three documents under seal for the Court's consideration and determination: (1) Plaintiffs' letter motion to strike or remove the confidential designation of documents produced in response to the Discovery Order Re Culley, (2) the Exhibit discussed and analyzed within that letter motion in unredacted form, and (3) Plaintiffs' proposed version of the Exhibit that it believes should be publicly filed and unsealed. Pursuant to this Court's Rules and Plaintiffs' understanding of the appropriate submission mechanism (*see e.g.*, Dkt. 71), Plaintiffs contemporaneously file **Exhibit A** (the Letter Motion to Strike the Confidential Designations), **Exhibit B** (the underlying exhibits and documents designated as confidential), and **Exhibit C** (Plaintiffs' proposed version with minor redactions) as proposed documents to be filed under seal. The Parties and Culley's Counsel met and conferred regarding the confidentiality designations on March 17, 2026, and were unable to resolve the disputes (s*ee* Dkt. 75).

For the reasons designated in Plaintiffs' Letter Motion to Strike the Confidentiality Designations (**Exhibit A**), Plaintiffs should be permitted to file these documents and information publicly in reply to the Collective Certification motion and in response to the forthcoming Motion to Dismiss. *See* Dkt. 80 (setting the page limits and finalizing the briefing schedules for both motions). Plaintiffs believe that the documents and information should be public for the reasons articulated therein, including their impact on putative class and collective members here, as well as in the *Culley* matter. However, the Court's Confidentiality Order (Dkt. 61), including paragraph 4, permits Plaintiffs to seek resolution from the Court – but requires Plaintiffs maintain such

confidentiality designations "pending such resolution." Therefore, Plaintiffs respectfully submit that Plaintiffs should be permitted leave to file their Letter Motion to Strike (Ex. A) and the Exhibits (Ex. B and C) under seal to allow the Court to consider and evaluate whether the designation of materials as confidential was proper.

Plaintiffs appreciate the Court's consideration of this request and remain available to discuss this application, or the underlying letter motion to strike and the exhibit.

Respectfully Submitted,

___/s/ *Michael A. Tompkins*___
Michael A. Tompkins

CC:    All Counsel of Record (via ECF)
       C.K. Lee, Esq. (via ECF)
       Anne Seelig, Esq. (via ECF)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  Defendants and Plaintiffs' counsel in the Culley action shall file a joint response, if any, no later than **April 6, 2026**.  The Clerk of Court is directed to terminate ECF No. 81.

SO ORDERED.

March 30, 2026