UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                               :

VIRGINIA ALLEYNE et al., *individually and on behalf* :
*of all other persons similarly situated*,              :

                                   :

                       Plaintiffs,          :              25-CV-10032 (JMF)

                                   :

          -v-                            :                ORDER

                                   :

CONSTELLATION CULINARY GROUP et al.,     :

                                   :

                     Defendants.       :

                                   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 2, 2026, Defendants filed a letter, *see* ECF No. 84, informing the Court that Plaintiffs have filed a notice of appeal in the *Culley* action challenging the state court's approval of the settlement agreement in that case. In light of that development, Defendants seek a stay of all proceedings in this case pending resolution of that appeal. *See id.* at 2-3.

Plaintiffs shall file a response to Defendants' letter no later than **April 9, 2026**. In the meantime, Defendants' deadline to file their motion to dismiss is stayed *nunc pro tunc*, and Defendants' deadline to oppose Plaintiffs' application to strike certain confidentiality designations is EXTENDED to **April 9, 2026**.

         SO ORDERED.

Dated: April 6, 2026
       New York, New York                      _____
                                         JESSE M. FURMAN
                                   United States District Judge