UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

VIRGINIA ALLEYNE et al., *individually and on behalf* :
*of all other persons similarly situated*,          :

                                    :

                Plaintiffs,         :         25-CV-10032 (JMF)

                                    :

        -v-                         :           ORDER

                                    :

CONSTELLATION CULINARY GROUP et al.,    :

                                    :

                Defendants.       :

                                    :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 27, 2026, Plaintiffs filed a motion to strike the confidential designations that Defendants and Culley Counsel affixed to certain documents. *See* ECF No. 82. On April 6, 2026, the Court ordered Defendants to file any opposition to the motion by April 9, 2026. *See* ECF No. 89. Defendants did not file any opposition by that date (or since). Accordingly, Plaintiffs' motion to strike is hereby GRANTED as unopposed.

      Additionally, the parties shall appear for a conference with the Court on **April 16, 2026**, at **10:00 a.m.** to discuss Defendants' pending motion for a stay of all proceedings. *See* ECF No. 84. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The Clerk of Court is directed to terminate ECF No. 82 and to unseal both ECF No. 82 and ECF No. 82-2. (By contrast, ECF No. 82-1 should remain under seal.)

      SO ORDERED.

Dated: April 13, 2026
      New York, New York                 _____
                                  JESSE M. FURMAN
                                United States District Judge