UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                        :

VIRGINIA ALLEYNE et al., *individually and on behalf*  :
*of all other persons similarly situated*,            :

                        :

               Plaintiffs,       :          25-CV-10032 (JMF)

                        :

        -v-                  :             ORDER

                        :

CONSTELLATION CULINARY GROUP et al.,    :

                        :

            Defendants.      :

                        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' motion, *see* ECF No. 94, requesting vacatur of the Court's April 13, 2026 order, *see* ECF No. 93, granting Plaintiffs' motion to strike certain confidentiality designations is DENIED.

- Defendants' motion to stay all proceedings in this case pending resolution of the appeal in state court challenging the validity of the *Culley* settlement, *see* ECF No. 84, is also DENIED.  Defendants shall file any motion to dismiss **no later than April 22, 2026**.  Plaintiffs shall file any opposition **no later than May 6, 2026**.  Defendants' reply, if any, is due on **May 13, 2026**.

- Unless and until the Court orders otherwise, no further discovery shall be conducted pending the Court's rulings on the motions to dismiss and for certification of a collective action.

    SO ORDERED.

Dated: April 16, 2026
      New York, New York                     _____
                                     JESSE M. FURMAN
                              United States District Judge