## GRSM50
### GORDON REES SCULLY MANSUKHANI
#### YOUR 50 STATE LAW FIRM™

**ELIZABETH F. LORELL**
elorell@grsm.com
Direct (973) 549-2506

**FRANCIS GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY  10004
www.grsm.com

April 23, 2026

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street,
New York NY 10007

> **Re:**    *Alleyne et al. v. Constellation Culinary Group et al.*, **No. 1:25-cv-10032-JMF**

Dear Judge Furman:

Defendants write pursuant to the Court's April 23, 2026 Order (ECF No. 99) to rectify the inadvertent public filing of unredacted materials at ECF No. 98. Defendants regret the error and thank the Court for promptly restricting access to that docket entry.

The filing at ECF No. 98 was intended to be the redacted public counterpart to the sealed filing at ECF No. 97, but the versions of the Memorandum of Law, the Certification of Francis J. Giambalvo, Esq., and Exhibit D uploaded at ECF No. 98 were the unredacted versions rather than the redacted versions Defendants had prepared.

To rectify the error, Defendants will file now, contemporaneously with this letter, the corrected redacted Motion to Dismiss package on the public docket, comprising the Notice of Motion, the redacted Memorandum, the redacted Giambalvo Certification, Exhibits A through C, and a placeholder cover page in lieu of Exhibit D referencing the sealed filing at ECF No. 97. Defendants respectfully request that the Court's current restriction of ECF No. 98 be made permanent. The unredacted materials remain on file under seal at ECF No. 97 and need not be re-filed.

Defendants again apologize to the Court and to Plaintiffs' counsel for the error and thank the Court for its consideration.

*Hon. Jesse M. Furman, U.S.D.J.*
April 23, 2026
Page 2

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: ___/s/ Elizabeth Lorell___
        Elizabeth Lorell, Esq.

cc**:**    All Counsel of Record (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF Nos. 97 and 100.

SO ORDERED.

April 24, 2026